UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
        v.                        )        Cr. No. 15-10338-FDS
                                  )
2.    JULIO ESAU AVALOS-          )
      ALVARADO                    )
      Defendant                   )

MOTION TO UNSEAL INDICTMENT

Now comes the United States, through counsel, and respectfully requests that this Court unseal the Indictment in this case. In support of this motion, the government states that the defendant has been arrested and public disclosure of this material is now appropriate.

                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney


                       By:    /s/ Christopher Pohl
                              Christopher Pohl
Date: December 18, 2015       Assistant U.S. Attorney