AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Julio Esau Avalos-Alvarado<br><br>*Defendant* | Case No. 15-10338-FDS |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Julio Esau Avalos-Alvarado,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922(g)(5) - Alien in Possession of a Firearm

Date: 12/15/2015

*Issuing officer's signature* — Antonia Alves-Baptista

City and state: Boston, Massachusetts

Hon. Donald L. Cabell, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____   ICE  12/18/2015

*Arresting officer's signature*

*Printed name and title*
[Stamps: "SEALED"; "RECEIVED U.S. MARSHALS SERVICE BOSTON, MA 2015 DEC 15 PM 1:46"; "FILED IN CLERK'S OFFICE U.S. DISTRICT COURT DISTRICT OF MASS. 2015 DEC 23 PM 12:14"]