UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO.   15-CR-10338 |
| | ) | |
| JULIO ESAU AVALOS-ALVARADO | ) | |

## AGREEMENT TO TERMS OF PROTECTIVE ORDER

I acknowledge and agree that I have reviewed the Amended Motion for Protective Order, dated February 10, 2016, and the corresponding Protective Order issued by the Court as to Discovery Materials in the above-referenced case, and agree that I am bound by the terms of the Agreement and corresponding Order.

Dated: March 21, 2016                Respectfully Submitted
                                     JULIO ESAU AVALOS-ALVARDO
                                     By his Attorney,

                                     /s/ Paul J. Garrity
                                     Paul J. Garrity
                                     14 Londonderry Road
                                     Londonderry, NH 03053
                                     (603) 434-4106

## CERTIFICATION OF SERVICE

I, Paul J. Garrity, hereby certify that on this 21st day in March, 2016 a copy of the within Notice was e-filed for all registered participants using the Court's ECF system and a copy was mailed, postage pre-paid, to Julio Esau Avalos-Alvarado.

                                     /s/ Paul J. Garrity
                                     Paul J. Garrity