# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br><br> JULIO ESAU AVALOS-ALVARADO, <br> a/k/a "Violento" <br><br> *Defendant* | ) ) ) Case No. 15-CR-10338-FDS ) ) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JULIO ESAU AVALOS-ALVARADO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922(g)(5)(A) - Alien in Possession of a Firearm and Ammunition
18 USC 1962(d) - RICO Conspiracy

Date: 01/26/2016

*Issuing officer's signature*

City and state: Boston, Massachusetts

Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

**WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 4/15/16**

*Arresting officer's signature*

*Printed name and title*