UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 15-10338-FDS |
| OSCAR NOE RECINES-GARCIA, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER CONCERNING INTERIM
PAYMENTS FOR REPRESENTATION BY CJA COUNSEL

**SAYLOR, J.**

Because of the expected length of the trial and pre-trial proceedings in this case, and the anticipated hardship on counsel in undertaking representation for such a period without compensation, the following procedures for interim payments to defense counsel appointed under the Criminal Justice Act shall apply during the course of this case. This order is issued pursuant to Volume 7, Chapter 2, §230.73 of the Guide to Judiciary Policy.

Counsel may submit, every quarter, a CJA Form 20, "Appointment of and Authority to Pay Court Appointed Counsel," seeking interim payment. Compensation claimed and reimbursable expenses incurred for the prior three months shall be claimed on a voucher submitted no later than the tenth day of the following month or the first business day thereafter. The first interim voucher submitted should reflect all compensation claimed and reimbursable expenses incurred from the date of the appointment.

Counsel are expected to adhere to the requirements of the Guide to Judiciary Policy and the "Guidelines for Claims Submitted for Reimbursement under the Criminal Justice Act"

promulgated by the District Court.

| | |
|---|---|
| 4-26-16 | _____ |
| Date | UNITED STATES DISTRICT JUDGE |
| | |
| 5-3-16 | _____ |
| Date | CHIEF JUDGE or DELEGATE |
| | UNITED STATES COURT OF APPEALS |
| | FOR THE FIRST CIRCUIT |