**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 15-10338-FDS |
| v.  ) | |
| ) | |
| OSCAR NOE RECINOS-GARCIA, ) | |
| A/K/A "PSYCHO," ET AL. ) | |
| Defendants. ) | |

## STATUS REPORT REGARDING DISCOVERY

Pursuant to the Court's Order, dated April 27, 2016, the government provides the following status report regarding discovery. The government has been producing discovery on a rolling basis approximately once a month. To date, the government has produced 8,934 items totaling 12,265 pages of documents, 5,244 audio files, and 594 video or audio/video files as part of Global Discovery. After consultation with the government's litigation technology staff, we understand that there is no practicable way to report the total number of hours of audio and audio/video that has been produced. However, the government estimates that it has produced hundreds of hours of such recordings to date, all of which are in Spanish, and that there are hundreds of additional hours of such recordings that will be produced in the ongoing rolling discovery.

The Global Discovery has been provided to the vast majority of defense counsel, pursuant to the Court's Second Amended Protective Order, dated April 11, 2016. By the end of this week, the government will be producing additional Global Discovery to the small number of defense counsel who have not yet received all of the Global Discovery.

The government has consulted with Michael Andrews, the First Circuit Case Budgeting Attorney, who has been enlisted by the Court to assist with coordinating discovery issues in this case, and has been advised that the respective institutions where the defendants are currently

housed do not yet have adequate facilities in place that would enable the defendants to appropriately review discovery.  Accordingly, the government has not yet sent copies of the Global Discovery to the various institutions.  We have been advised, however, that this issue will likely be resolved within the next week for at least those defendants at the Donald J. Wyatt Correctional Facility (which currently houses the majority of the defendants).  The government is preparing that Global Discovery to be produced as soon as the government is advised that those computer facilities are in place.  Mr. Andrews, the U.S. Marshals, and the government are working with the remaining institutions to ensure that they have the facilities in place to provide adequate access to the discovery as well, and anticipates that those issues will be resolved in the coming weeks.

The government will continue to produce discovery on a rolling basis at the end of each month.  The government does not yet have an estimate for when all of the discovery will be produced.  We expect to make another substantial production at the end of this month, and will be in a better position to report to the Court a timeline for discovery at the June 2, 2016 status conference.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

Date: May 10, 2016        By:    */s/ Peter K. Levitt*
                                                  Peter K. Levitt
                                                  Christopher Pohl
                                                  Rachel Y. Hemani
                                                  Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

      I, Rachel Y. Hemani, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: May 10, 2016                        */s/ Rachel Y. Hemani*
                                                          Rachel Y. Hemani
                                                          Assistant U.S. Attorney