| Attorney | | Defendant |
|---|---|---|
| John A. Amabile *[signature]* | representing | Christian Alvarado (10) (Defendant) |
| Kevin L. Barron *[signature: WMWhit for KLB]* | representing | Jose Hernandez-Miguel (8) (Defendant) |
| Michael C. Bourbeau *[signature]* | representing | Edwin Gonzalez (32) (Defendant) |
| Thomas A. Brant | representing | Herzzon Sandoval (6) (Defendant) |
| James H. Budreau *[LR standing in]* | representing *[Leslie Feldman Bumpler standing in]* | Jose Vasquez (26) (Defendant) |
| Timothy M. Burton | representing | Angel Pineda (25) (Defendant) |
| Michael J. Callanan *[signature]* | representing | Herzzon Sandoval (6) (Defendant) |

| Attorney | | Defendant |
|---|---|---|
| **James Michael Caramanica** *[signed: Caramanica (jc)]* | representing | **Jose Adan Martinez Castro** (56) *(Defendant)* |
| **Lawrence James Christopher** *[signed]* | representing | **Herzzon Sandoval** (6) *(Defendant)* |
| **James J. Cipoletta** *[Michael Boudreau standing in — signed: M. Boudreau for]* | representing | **Hector Enamorado** (20) *(Defendant)* |
| **Daniel J. Cloherty** *[signed]* | representing | **Henry Santos-Gomez** (21) *(Defendant)* |
| **John H. Cunha, Jr.** *[signed]* | representing | **Bryan Galicia-Barillas** (28) *(Defendant)* |
| **Derege B. Demissie** *[signed]* | representing | **Edgar Pleitez** (9) *(Defendant)* |
| ~~**Carlos Jorge Dominguez**~~ | representing | ~~**Heiner Yovani Gomez** (45) *(Defendant)*~~ |
| **Peter L. Ettenberg** *[Telephone]* | representing | **Joel Martinez** (18) *(Defendant)* |
| **Leslie Feldman-Rumpler** *[signed]* | representing | **Oscar Ramirez-Cornejo** (54) *(Defendant)* |

| Attorney | | Defendant |
|---|---|---|
| **William J. Galvin** *Mike Callanan stand in* | representing | Edwin Guzman (7) *(Defendant)* |
| **Paul J. Garrity** *[signature]* | representing | Julio Esau Avalos-Alvarado (2) *(Defendant)* |
| ~~Raymond E. Gillespie~~ | representing | Jose Nelsin Reyes-Velasquez (50) *(Defendant)* |
| **Lenore Glaser** *[signature] standing in for Lenore Glaser* | representing | Geiber Acevedo Galvis (46) *(Defendant)* |
| **Ian Gold** *[signature]* | representing | Luis Solis-Vasquez (15) *(Defendant)* |
| **George F. Gormley** *[signature] Standing In* | representing | Manuel Flores-Valle (44) *(Defendant)* |
| **James N. Greenberg** *telephone* | representing | Manuel Martinez (42) *(Defendant)* |
| **James J. Gribouski** *telephone* | representing | Ramiro Guerra (41) *(Defendant)* |
| **Joan M. Griffin** *[signature]* | representing | German Hernandez-Escobar (3) *(Defendant)* |

| Attorney | | Defendant |
|---|---|---|
| **Bernard Grossberg** *[signature]* | representing | Santos Portillo-Andrade (5) *(Defendant)* |
| **Keith S. Halpern** — Telephone | representing | Rafael Leoner-Aguirre (22) *(Defendant)* |
| **Stephen G. Huggard** *[signature] Huggard (JC)* | representing | Oscar Duran (31) *(Defendant)* |
| **Thomas J. Iovieno** *[signature]* | representing | Erick Argueta Larios (14) *(Defendant)* |
| **Vivianne E. Jeruchim** *[signature] Jeruchim (JC)* | representing | Modesto Ramirez (59) *(Defendant)* |
| **Victoria R. Kelleher** *[signature] Jeruchim (VK)* | representing | Domingo Tizol (29) *(Defendant)* |
| **J. Thomas Kerner** *[signature] / Bruce Linson Standing In* | representing | Carlos Lovato (47) *(Defendant)* |
| **Edward W. Krippendorf, Jr.** *Mike Callanan Standing in* | representing | Edwin Guzman (7) *(Defendant)* |

| Attorney | | Defendant |
|---|---|---|
| **Bruce G. Linson** | representing | Alexander Alvarenga (43) (Defendant) |
| **Tracy A. Miner** *Peter Parker standing in* | representing | Hector Ramires (23) (Defendant) |
| **Stanley W. Norkunas** | representing | Cesar Martinez (11) (Defendant) |
| **Raymond A. O'Hara** | representing | Noe Salvador Perez-Vasquez (4) (Defendant) |
| **E. Peter Parker** | representing | Henry Josue Parada Martinez (33) (Defendant) |
| **Inga L. Parsons** | representing | Jose Rene Andrade (19) (Defendant) |
| **John R. Salsberg** | representing | Angel Pineda (25) (Defendant) |
| **Emily R. Schulman** *Schulman (Jc)* | representing | Rigoberto Mejia (58) (Defendant) |
| **Liam D. Scully** *Scully (Jc)* | representing | Mauricio Sanchez (55) (Defendant) |
| **Jonathan Shapiro** | representing | Edwin Diaz (38) (Defendant) |

| | | |
|---|---|---|
| **Mark W. Shea** | representing | **Daniel Menjivar** (24) *(Defendant)* |
| **Michael L. Tumposky** | representing *telephone* | **Oscar Noe Recines-Garcia** (1) *(Defendant)* |
| **Elliot M. Weinstein** | representing *telephone* | **Jairo Perez** (40) *(Defendant)* |
| **William M. White, Jr.** | representing | **Mario Aguilar Ramos** (36) *(Defendant)* |

Ray Gillespe represents Jose Reyes-Velasques

Stand In