UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES of AMERICA** ) <br> ) <br> v.                                                   ) <br> ) <br> **OSCAR NOE RECINES-GARCIA, et al.,**  ) <br> ) <br> **Defendants.**                                ) <br> ) | **Criminal No.** <br> **15-10338-FDS** |

### ORDER APPOINTING SHAZZIE NASEEM
### AS COORDINATING DISCOVERY ATTORNEY

**SAYLOR, J.**

For good cause shown, attorney Shazzie Naseem, of the law firm Berkowitz Oliver LLP in Kansas City, Missouri, is hereby appointed as Coordinating Discovery Attorney for defense counsel.

1. The Coordinating Discovery Attorney shall oversee and coordinate any discovery issues that are common to all of the defendants. His responsibilities shall include:

   - managing and, unless otherwise agreed upon with the government, distributing discovery produced by the government and relevant third-party information common to all defendants;

   - assessing the amount and type of case data to determine what types of technology should be evaluated and used in order to avoid duplicative costs and identify the most efficient and cost-effective methods;

   - assessing, with input from defense counsel, the most effective and cost-efficient manner in which to organize the discovery and taking appropriate steps to do so;

   - acting as a liaison with prosecutors to ensure the timely and effective exchange of discovery;

- identifying, evaluating, and engaging third-party vendors and other litigation support services;

- assessing the needs of individual parties and further identifying any additional vendor support that may be required, including copying, scanning, forensic imaging, data processing, data hosting, trial presentation, and other technology depending on the nature of the case;

- identifying any additional human resources that may be needed by the individual parties for the organization and substantive review of information;

- providing training and support services to the defense teams as a group and individually; and

- assisting CJA panel attorneys in the preparation and presentation of budgets and funding requests to the court.

2. Discovery issues specific to any particular defendant shall be addressed by defense counsel directly with the government and not through the Coordinating Discovery Attorney.

3. The duties of the Coordinating Discovery Attorney do not include representing any defendant and therefore the Coordinating Discovery Attorney will not establish an attorney-client relationship with any defendant.

4. The government shall provide discovery to the Coordinating Discovery Attorney unless otherwise agreed. To avoid delay in providing any additional discovery to defense counsel, any additional discovery shall be provided directly to the Coordinating Discovery Attorney, who, in turn, shall duplicate and distribute the discovery to all defense counsel. The government shall work with the Coordinating Discovery Attorney to provide discovery in a timely manner.

5. The Coordinating Discovery Attorney shall petition the Court, *ex parte*, for funds

for outside services and shall monitor all vendor invoices for these services when necessary. All petitions for outside services shall include a basis for the requested funds and a determination that the costs of the services are reasonable. The Coordinating Discovery Attorney shall also review all vendor invoices to ensure that payment is appropriate.

**So Ordered.**

       /s/ F. Dennis Saylor
       F. Dennis Saylor IV
       United States District Judge

Dated: July 7, 2016