**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | Cr. No. 15-10338-FDS |
| v. ) | |
| ) | |
| OSCAR NOE RECINOS-GARCIA, ) | |
| A/K/A "PSYCHO," ET AL. ) | |
| Defendants. ) | |

### STATUS REPORT REGARDING DISCOVERY

Pursuant to the Court's Order, dated April 27, 2016, the government provides the following status report regarding discovery.

The government made its most recent Global Discovery production (Global Discovery 4) on July 27, 2016. Counsel who have recently been appointed to this case will receive a copy of all of the Global Discovery that has been produced to date this week. The government has also provided counsel for the defendants with the two indices described in the last status report in order to enable defense counsel and the defendants to review the relevant discovery more efficiently. The government is still working on compiling a list of all transcriptions prepared to date, and all transcriptions that the government is in the process of preparing. The government expects to provide defense counsel with an updated index reflecting the status of the transcriptions in the next two weeks. Finally, pursuant to the Court's order dated July 7, 2016, the government has also

been in contact with the Coordinating Discovery Attorney appointed in this case.

                                      Respectfully submitted,

                                      CARMEN M. ORTIZ
                                      United States Attorney

                            By:  */s/ Peter K. Levitt*
                                      Peter K. Levitt
                                      Christopher Pohl
                                      Rachel Y. Hemani
                                      Glenn A. MacKinlay
                                      Assistant U.S. Attorneys

August 1, 2016

**CERTIFICATE OF SERVICE**

    I, Rachel Y. Hemani, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                      */s/ Rachel Y. Hemani*
                                      Rachel Y. Hemani
                                      Assistant U.S. Attorney

August 1, 2016