UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Cr. No. 15-10338-FDS |
| v. | ) |
| | ) |
| OSCAR NOE RECINOS-GARCIA, | ) |
| A/K/A "PSYCHO," ET AL | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

Please withdraw my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Date: September 8, 2016        By:    */s/ Rachel Y. Hemani*
                                      Rachel Y. Hemani
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      1 Courthouse Way, Suite 9200
                                      Boston, Massachusetts 02210
                                      617-748-3141
                                      rachel.hemani@usdoj.gov

## CERTIFICATE OF SERVICE

I, Rachel Y. Hemani, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: September 8, 2016                    */s/ Rachel Y. Hemani*
                                           Rachel Y. Hemani
                                           Assistant U.S. Attorney