| # | Defendant | Attorney | Notes |
|---|---|---|---|
| 1. | Oscar Noe Recines-Garcia | Michael Tumpoksy | |
| 2. | Julio Esau Avalos-Alvarado | Paul J. Garrity | |
| 3. | German Hernandez-Escobar | Joan M. Griffin | |
| 4. | Noe Salvador Perez-Vasquez | Raymond A. O'Hara | |
| 5. | Santos Portillo-Andrade | Bernard Grossberg | |
| 6. | Herzzon Sandoval | Michael J. Callanan | |
| 7. | Edwin Guzman | Edward W. Krippendorf, Jr. And William Galvin | o/b/o Bill Galvin |
| 8. | Jose Hernandez-Miguel | Kevin L. Barron | |
| 9. | Edgar Pleitez | Derege B. Demissie | |
| 10. | Christian Alvarado | John A. Amabile | |
| 11. | Cesar Martinez | Stanley W. Norkunas | Telephone |
| 14. | Erick Argueta Larios | Thomas J. Iovieno | |
| 15. | Luis Solis-Vasquez | Ian Gold | |
| 17. | Carlos Melara | David J. Grimaldi | |
| 18. | Joel Martinez | Peter L. Ettenberg | Telephone |
| 19. | Jose Rene Andrade | Inga L. Parsons | Christian Urbano (by telephone) |
| 20. | Hector Enamorado | James J. Cipoletta | Jim Cipoletta |
| 21. | Henry Santos-Gomez | Daniel J. Cloherty | |
| 22. | Rafael Leoner-Aguirre | Keith S. Halpern | Telephone |
| 23. | Hector Ramires | Tracy A. Miner and Megan Siddall | Tracy Miner |
| 24. | Daniel Menjivar | Mark W. Shea | Telephone |
| 25. | Angel Pineda | John R. Salsberg and Timothy Burton | |
| 26. | Jose Vasquez | James H. Budreau | Present |
| 27. | David Lopez | Edward L. Hayden | Victoria Kelleher standing in |
| 28. | Bryan Galicia-Barillas | John H. Cunha, Jr. | Cunha |
| 29. | Domingo Tizol | Victoria R. Kelleher | Telephone |
| 31. | Oscar Duran | Stephen G. Huggard | |
| 32. | Edwin Gonzalez | Michael C. Bourbeau | |
| 33. | Henry Josue Parada Martinez | E. Peter Parker | Telephone |
| 35. | Kevin Ayala | Eduardo A. Masferrer | |
| 36. | Mario Aguilar Ramos | William M. White, Jr. | |
| 37. | Rutilio Portillo | Eric B. Tennen | |
| 38. | Edwin Diaz | Jonathan Shapiro | |
| 40. | Jairo Perez | Elliot M. Weinstein | Telephone |
| 41. | Ramiro Guerra | James J. Gribouski | Telephone |
| 43. | Alexander Alvarenga | Bruce G. Linson | |
| 44. | Manuel Flores-Valle | George F. Gormley | George Gormley |
| 47. | Carlos Lovato | J. Thomas Kerner | |

| | | |
|---|---|---|
| 50. Jose Neisin Reyes-Velasquez | Raymond E. Gillespie | Present |
| 55. Mauricio Sanchez | Liam D. Scully | |
| 56. Jose Adan Martinez Castro | James Michael Caramanica | |
| 58. Rigoberto Mejia | Emily R. Schulman | Emily Sch |
| 59. Modesto Ramirez | Vivianne E. Jeruchim | |
| 60. Josue Alexis De Paz | John Palmer | Excused |