```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
      v.                       )     Criminal No. 15-10338-FDS
                               )
OSCAR NOE RECINOS-GARCIA,      )
      A/K/A "Psycho," ET AL    )
           Defendants.         )
```

### NOTICE OF APPEARANCE

The United States respectfully notifies this Court that the undersigned counsel is entering an appearance on behalf of the government in this matter.

>                   Respectfully submitted,
>
>                   CARMEN M. ORTIZ
>                   United States Attorney
>
>
>              By:  s/ Glenn A. MacKinlay
>                   GLENN A. MACKINLAY
>                   Assistant U.S. Attorney

Dated:    September 13, 2016

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the counsel of record a copy of the foregoing document by efiling:

Counsel of record.

This 13th day of September, 2016.

s/ Glenn A. MacKinlay
GLENN A. MACKINLAY
ASSISTANT UNITED STATES ATTORNEY
