UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.              ) | Criminal No. 15-10338-FDS |
| ) | |
| **OSCAR NOE RECINOS-GARCIA,** ) | |
| A/K/A "Psycho," Et Al ) | |
| Defendants.    ) | |

## GOVERNMENT'S NOTICE REGARDING DOCKET ENTRY #692

The United States of America, by its undersigned counsel, hereby has no objection at this time to the Court's proposed order regarding the analysis and collection of pubic hair samples in this matter, docket entry #692.

           Respectfully submitted,

           CARMEN M. ORTIZ
           United States Attorney

By: s/ Glenn A. MacKinlay
    GLENN A. MACKINLAY
    PETER K. LEVITT
    CHRISTOPHER POHL
    Assistant U.S. Attorneys

Dated:    September 23, 2016

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the counsel of record a copy of the foregoing document by efiling:

Counsel of record.

This 23rd day of September, 2016.

s/ Glenn A. MacKinlay
GLENN A. MACKINLAY
ASSISTANT UNITED STATES ATTORNEY
