UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMMERICA ) | |
| ) | |
| V. ) | Case No: 15-10338-FDS |
| ) | |
| JULIO ESAU AVALOS-ALVARADO ) | |

## DEFENDANT'S WAIVER OF APPEARANCE AT ARRAIGNMENT
## UNDER FED. R. CR. P. 10(b)

I, Julio Esau Avalos-Alvarado, hereby acknowledge that I have been given a copy of the government's Fourth Superseding Indictment in this case by my attorney, Paul J. Garrity. I understand that I have the right to appear personally at my arraignment pursuant to Red R. Crim. P. 43, and that I have the right to have the indictment read to me in open court.

I have spoken with my attorney about the charges in the indictment and I understand the nature of the offenses that I am charged with. I have chosen to waive my appearance for arraignment and request that my plea of Not Guilty be entered on my behalf under Fed. R. Crim. P. 10(b).

Dated: 10/2/16

_____          _____          _____
Julio Esau Avalos-Alvarado        Interpreter, Edwin Mosquera        Paul J. Garrity
                                                                     Counsel for Defendant
                                                                     14 Londonderry Road
                                                                     Londonderry, NH 03053
                                                                     (603) 434-4106