UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 0101 1:15-CR-10338-2 |
| ) | |
| JULIO ESAU AVALOS ALVARADO ) | |

**ASSENTED TO MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM**

NOW COMES the Defendant, Julio Esau Avalos-Alvarado, by and through counsel, Paul Garrity, and respectfully request that this Court authorize the Defendant's Sentencing Memorandum be filed under Seal.

In support of this Motion, the Defendant states as follows:

1. The Defendant is requesting that this Court authorize the Defendant to file his Sentencing Memorandum under Seal as there is sensitive information outlined within the Sentencing Memorandum.

2. That US Attorney's Office has been contacted and assents to the within motion.

WHEREFORE, the Defendant, Julio Esau Avalos-Alvarado, respectfully requests that this Court grant this Assented to Motion to Seal the Sentencing Memorandum.

Respectfully submitted
Julio Esau Avalos-Alvarado,
By his Attorney,

Date:   January 25, 2019

/s/   Paul J. Garrity
Paul J. Garrity
Bar No. 555976
14 Londonderry Road
Londonderry, NH 03053
603-434-4106

## CERTIFICATE OF SERVICE

      I, Paul J. Garrity, herein certify that on this 25th day of January, 2018, a copy of the within Motion e-filed for all Parties involved.

      /s/   Paul J. Garrity
      Paul J. Garrity